**Fill in this information to identify your case:**

Debtor 1    William David Peters IV
            First Name    Middle Name    Last Name

Debtor 2    Victoria Browning Peters
(Spouse, if filing)  First Name  Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of  CT

Case number    18 - 50125
             (If known)

FILED

2018 MAR 15 A 9:42

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT

☐ Check if this is an
  amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) |  |
|  | 1a. Copy line 55, Total real estate, from *Schedule A/B* ........................................ | $ 1,340,000 |
|  | 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................... | $ 468,775 |
|  | 1c. Copy line 63, Total of all property on *Schedule A/B* .................................... | $ 1,808,775 |

**Part 2:    Summarize Your Liabilities**

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) |  |
|  | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........... | $ 1,789,531 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) |  |
|  | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................ | $. |
|  | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ......................... | + $ 542,606 |
|  | **Your total liabilities** | $ 2,332,137 |

**Part 3:    Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ........................................ | $ 11,405 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* ..................................... | $ 8,984 |

_William D. Peters IV_     3/15/18

Debtor 1 ___William David Peters III___
   First Name     Middle Name     Last Name

Case number *(if known)* ___18 - 50125___

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   $ 11,405

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)

   $ 0

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)

   $ 0

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)

   $ 0

   9d. Student loans. (Copy line 6f.)

   $ 495,488

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)

   $ 0

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)

   + $ 0

   9g. **Total.** Add lines 9a through 9f.

   $ 495,488

---

**Fill in this information to identify your case and this filing:**

Debtor 1    William David Peters III
            First Name    Middle Name    Last Name

Debtor 2    Victoria Browning Peters
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of __CT__

Case number    18 - 50125

☑ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. __32 Stanton Rd__
Street address, if available, or other description

_____

__Darien__    __CT__  __06820__
City         State    ZIP Code

__Fairfield__
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$ 1,340,000

**Current value of the portion you own?**
$1,340,000

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
100%

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

_____
City         State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
_____

☐ Check if this is community property (see instructions)

Debtor 1   William David Peter Droom
First Name   Middle Name   Last Name

Case number (if known) 18-50125

**1.3.** _____

Street address, if available, or other description

_____

_____

City                    State    ZIP Code

_____

County

**What is the property?** Check all that apply.

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$_____   $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ........................................... ➔ $1,340,000

---

**Part 2:**   **Describe Your Vehicles**

---

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☐ No
- ☒ Yes

**3.1.** Make: Chevy

Model: Suburban

Year: 2007

Approximate mileage: 211,000

Other information:
_____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$7,500   $7,500

If you own or have more than one, describe here:

**3.2.** Make: Jeep

Model: Snowmobiler

Year: 1984

Approximate mileage: 95,000

Other information:
Classic CAR

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$6,500   $6,500

Debtor 1   ___William David Peterson___   Case number (if known) ___18-50125___
            First Name   Middle Name   Last Name

| 3.3. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [ ] | ☐ Check if this is community property (see instructions) | $_____   $_____ |

| 3.4. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | Other information: | ☐ At least one of the debtors and another | |
| | [ ] | ☐ Check if this is community property (see instructions) | $_____   $_____ |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

| 4.1. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | [ ] | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

If you own or have more than one, list here:

| 4.2. | Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: _____ | ☐ Debtor 1 only | |
| | Year: _____ | ☐ Debtor 2 only | |
| | Other information: | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**   **Current value of the portion you own?** |
| | [ ] | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | $_____   $_____ |

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................➔   $14,000

Debtor 1   William David P____   Case number (if known) 18- 50125
First Name   Middle Name   Last Name

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes. Describe......... LIST ATTACHED     $ 18,000

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes. Describe......... LIST ATTACHED     $ 4,500

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
☒ Yes. Describe......... LIST ATTACHED     $ 25,000

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
☒ Yes. Describe......... LIST ATTACHED     $ 4,000

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☒ No
☐ Yes. Describe.........     $ 0

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
☒ Yes. Describe......... EVERYDAY CLOTHING     $ 500

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
☒ Yes. Describe......... LIST ATTACHED     $ 1,000

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
☐ No
☒ Yes. Describe......... 2 GOLDEN RETRIEVER DOGS  1 CAT     $ 1,200

**14. Any other personal and household items you did not already list, including any health aids you did not list**
☐ No
☒ Yes. Give specific information. ............. FURNITURE IN STORAGE VT. See List Attached     $ 2,000

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** →     $ 56,200

Debtor 1   William David Pederson

First Name   Middle Name   Last Name

Case number *(if known)*  18-50125

---

**Part 4:**   **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☒ Yes .................................................................................................   Cash: 125   $ 125

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☒ Yes .....................   Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo Bank | $ 2,800 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☒ No

☐ Yes ...............   Institution or issuer name:

| | |
|---|---|
| | $ |
| | $ |
| | $ |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☒ No

☒ Yes. Give specific information about them......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Browning & Chandler LLC | 0% 80 % | $ 160,000 |
| | 0% % | $ |
| | 0% % | $ |

---

Official Form 106A/B    Schedule A/B: Property    page 5

Debtor 1   _William David Huckaby_    Case number _(if known)_ _18-50125_
First Name   Middle Name   Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No

☐ Yes. Give specific
information about
them......................

| Issuer name: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No

☐ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | | $_____ |
| Pension plan: | | $_____ |
| IRA: | | $_____ |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | | $_____ |
| Additional account: | | $_____ |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☒ No

☐ Yes ..........................

| Institution name or individual: | |
|---|---|
| Electric: | $_____ |
| Gas: | $_____ |
| Heating oil: | $_____ |
| Security deposit on rental unit: | $_____ |
| Prepaid rent: | $_____ |
| Telephone: | $_____ |
| Water: | $_____ |
| Rented furniture: | $_____ |
| Other: | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No

☐ Yes ..........................

| Issuer name and description: | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

Debtor 1   William David Pe____ ___

First Name   Middle Name   Last Name

Case number *(if known)* 18-50125

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No

☐ Yes ................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| | $_____ |
| | $_____ |
| | $_____ |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No

☐ Yes. Give specific information about them....

$_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No

☐ Yes. Give specific information about them....

$_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No

☐ Yes. Give specific information about them....

$_____

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☐ No

☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .....................

2015 Income Tax Return

Federal:   $ 1,900
State:   $ 0
Local:   $ 0

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No

☐ Yes. Give specific information.............

Alimony:   $_____
Maintenance:   $_____
Support:   $_____
Divorce settlement:   $_____
Property settlement:   $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No

☐ Yes. Give specific information.............

$_____

Debtor 1    *William David Peters*    Case number *(if known)*    18-50125
First Name    Middle Name    Last Name

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company
of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☒ Yes. Give specific information............    William D. Peters Trust    $ 133,000

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ....................    CHRO Claim Against Catholic Cemetaries Filed 6/2016    $ 100,000

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☐ No
☐ Yes. Describe each claim. ................    $

**35. Any financial assets you did not already list**

☐ No
☐ Yes. Give specific information............    $

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ➔    $ 397,825

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☐ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**
☐ No
☐ Yes. Describe........    $

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☐ No
☐ Yes. Describe........    $

Debtor 1  *William David Peters*  Case number *(if known)*  *18-50125*
First Name  Middle Name  Last Name

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes. Describe........  $_____

**41. Inventory**
☒ No
☐ Yes. Describe........  $_____

**42. Interests in partnerships or joint ventures**
☐ No
☒ Yes. Describe........

Name of entity: SF DESIGN Partners LLL   % of ownership: 33 %  $ 0
_____  ___ %  $_____
_____  ___ %  $_____

**43. Customer lists, mailing lists, or other compilations**
☒ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
   ☐ No
   ☐ Yes. Describe........  $_____

**44. Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information .........  $_____
  $_____
  $_____
  $_____
  $_____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ......................** →  $ 0

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples*: Livestock, poultry, farm-raised fish
☒ No
☐ Yes.....................  $_____

Debtor 1   William David _____ Case number (if known) 18-50125
   First Name   Middle Name   Last Name

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information. ............   $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☒ Yes ..............   LAWN TRACTOR, LEAF BLOWER, HAND TOOLS
RAKES PICK AXE, SLEDGE   $ 750

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes. ...........   $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information. ............   $ _____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ....................... →   $ 750

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ............   $ _____
   $ _____
   $ _____

54. Add the dollar value of all of your entries from Part 7. Write that number here ....................... →   $ 0

## Part 8:   List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ....................... →   $ 1,340,000

56. Part 2: Total vehicles, line 5   $ 14,000

57. Part 3: Total personal and household items, line 15   $ 56,200

58. Part 4: Total financial assets, line 36   $ 397,825

59. Part 5: Total business-related property, line 45   $ 0

60. Part 6: Total farm- and fishing-related property, line 52   $ 750

61. Part 7: Total other property not listed, line 54   + $ 0

62. Total personal property. Add lines 56 through 61. ............   $ 468,775   Copy personal property total → + $ 468,775

63. Total of all property on Schedule A/B. Add line 55 + line 62 ....................... $ 1,808,775

Household goods

. Household goods
48" Range / copper hood
Ref. , 1 microwave
12 copper pots
2 pot racks
2 chandeliers
1 sewing machine
1 industrial sewing machine
misc. sewing supplies
deep fryer , bread maker
Ice cream maker
Outdoor grill
griddle
mixer , toaster
Food processor
dehydrator
misc. dishes / glasses
misc. utensils
misc baking dishes
misc. pots & pans
Spode China blue
Spode China Christmas
Crystal -28-
Spode serving dishes
Haviland China
4 dinning tables
16 dinning chairs
10 misc. chairs
2 rockers
4 child rockers
5 sofas
5 chairs
7 chests
misc candlesticks

Household goods

1 bookcase
6 misc. shelves
16 lamps
1 large desk
3 small desks
1 hutch
2 buffets
2 china cabinets
8 coffee tables
misc. silver plate serving pcs
2 misc tables
6 end tables
4 head boards
5 beds
misc. bedding
misc table linens
30 pc. wrought iron outdoor furniture
5 pc. bamboo outdoor furniture
2 teak benches
1 teak swing
6 rugs
decorative pillows (needlepoint)
art prints / posters
coat racks
4 mirrors
2 hanging light-fixtures
L.R. / D.R. drapes
kitchen curtains
clock
Boxes christmas decorations
Books
1 cedar chest

## Antiques

1800's bakers cabinet
2 antique cribs
1 antique highchair
3 oil paintings
1 antique bench
1 antique Shaving cabinet
3 antique quilts
1 antique fireplace bench
1 antique dolls
baseball cards
sports collections
trunk
antique watches

## Jewelry

silver charm bracelt
silver ring + bracelet
pearl necklace

## Equipt - sports - hobbies

2 guitars
1 piano
1 key board
1 kyake
3 bikes
golf clubs
ping pong table
games
tennis rackets / paddle rackets
- carpentry tools, 4 saws, 2 drills, table saw, handheld tools
  power painter, power washer,
- 1 go cart
  1 mini bike
  train sets

## Electronics

5 TV's                          3 cell phones

2 playstation
1 desktop computer
1 printer
2 laptop
1 i PAD
1 stereo

## Clothes

just everyday  =        estimate about 500⁰⁰

no designer anything        nothing of value

no  furs
no  leather
no  designer accessory's
no  designer shoes or purses

misc furniture in storage 1/t

- sofa
- desk
- drapes
- baby crib
- skis
- chairs

**Fill in this information to identify your case:**

Debtor 1  _William David Peters III_
          First Name    Middle Name    Last Name

Debtor 2  _Victoria Browning Peters_
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _____ District of _CT_

Case number _18-50125_
(If known)

☑ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _Property Home 32 Stanton Rd_ | $ _1,340,000_ | ☑ $ _150,000_ | _52-3526 (T)_ |
| Line from *Schedule A/B*: _1.1_ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _2007 Chevy Suburban_ | $ _7,500_ | ☐ $ _3000_ | _52-3526 (V)_ |
| Line from *Schedule A/B*: _3.1_ | | ☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description: _84' Jeep Scrambler_ | $ _6,500_ | ☐ $ _3000_ | _52-3526 (V)_ |
| Line from *Schedule A/B*: _3.2_ | | ☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☑ Yes

Debtor 1  William   David   Peterson
First Name   Middle Name   Last Name

Case number *(if known)*  18 50125

## Part 2:  Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Personal Property<br>Line from *Schedule A/B*: 15 | $ 56,200 | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | 52-3526 (A) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☒ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: 2015 Tax Return<br>Line from *Schedule A/B*: 28 | $ 1,500 | ☐ $ 1,400<br>☐ 100% of fair market value, up to any applicable statutory limit | 52-3526 (4) |
| Brief description: William D. Peters Trust<br>Line from *Schedule A/B*: 32 | $ 133,000 | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 52-3526 (4) |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

*Amended MH*

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | *William David Peters III* |
| | First Name    Middle Name    Last Name |
| Debtor 2 | *Victoria Browning Peters* |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: _____ District of _*CT*_

Case number    _*18-50125*_
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date: _____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☐ Employed ☑ Not employed |
| Occupation | | *Marketing Consultant* | |
| Employer's name | | *William D. Peters III* | |
| Employer's address | | *32 Stanton Rd.* | |
| | | Number    Street | Number    Street |
| | | *Darien   CT   06820* | |
| | | City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | | *8 years* | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ *10,750* | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ *0* | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ *10,750* | $_____ |

Debtor 1  **William David Peters III**
First Name   Middle Name   Last Name

Case number (if known) **18-50125**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here............................................. | $ 10,750 | $ 0 |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0 | $ 0 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0 | $ 0 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0 | $ 0 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0 | $ 0 |
| 5e. Insurance | 5e. | $ 0 | $ 0 |
| 5f. Domestic support obligations | 5f. | $ 0 | $ 0 |
| 5g. Union dues | 5g. | $ 0 | $ 0 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0 | + $ 0 |

6. Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.   6.   $ 0   $ 0

7. Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 10750   $ 0

8. List all other income regularly received:

8a. Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0 —   $ 0

8b. Interest and dividends   8b.   $ 0   $ 0

8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0   $ 0

8d. Unemployment compensation   8d.   $ 0   $ 0

8e. Social Security   8e.   $ 0   $ 655

8f. Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____   8f.   $ 0   $

8g. Pension or retirement income   8g.   $ 0   $

8h. Other monthly income. Specify: _____   8h.   + $ 0   + $

9. Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0   $ 655

10. Calculate monthly income. Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 10,750   +   $ 655   =   $ 11,405

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____   11. + $ 0

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies   12.   $ 11,405

Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain:   Higher Monthly Consulting fees and Commissions

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | William David Peters III |
| | First Name   Middle Name   Last Name |
| Debtor 2 | Victora Browning Peters |
| (Spouse, if filing) First Name   Middle Name   Last Name |

United States Bankruptcy Court for the: _____ District of __CT.__

Case number __18-50125__
(If known)

Check if this is:

☒ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1. Is this a joint case?**

☐ No. Go to line 2.

☒ Yes. Does Debtor 2 live in a separate household?

☒ No

☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2. Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☒ Yes. Fill out this information for each dependent......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 19 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

☒ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

Your expenses

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 2317

If not included in line 4:

4a. Real estate taxes   4a. $ 1,115

4b. Property, homeowner's, or renter's insurance   4b. $ 0

4c. Home maintenance, repair, and upkeep expenses   4c. $ 0

4d. Homeowner's association or condominium dues   4d. $ 0

Debtor 1    *William Danno Peters III*
First Name    Middle Name    Last Name

Case number *(if known)* __18-50125__

|  | **Your expenses** |
|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans          5.    $ 2,700

6. **Utilities:**

   6a.   Electricity, heat, natural gas          6a.   $ 345

   6b.   Water, sewer, garbage collection          6b.   $ 163

   6c.   Telephone, cell phone, Internet, satellite, and cable services          6c.   $ 225

   6d.   Other. Specify:_____          6d.   $ 0

7. **Food and housekeeping supplies**          7.   $ 800

8. **Childcare and children's education costs** ← College Tuition Payments          8.   $ 600

9. **Clothing, laundry, and dry cleaning**          9.   $ 

10. **Personal care products and services**          10.   $ 0

11. **Medical and dental expenses**          11.   $ 100

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.          12.   $ 100

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**          13.   $ 0

14. **Charitable contributions and religious donations**          14.   $ 0

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance          15a.   $ 0

   15b.   Health insurance          15b.   $ 0

   15c.   Vehicle insurance          15c.   $ 45

   15d.   Other insurance. Specify:_____          15d.   $ 0

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:   Auto / Sewer Tax   Town of Darien          16.   $ 120

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1          17a.   $ 0

   17b.   Car payments for Vehicle 2          17b.   $ 0

   17c.   Other. Specify:_____          17c.   $ 0

   17d.   Other. Specify:_____          17d.   $ 0

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).          18.   $ 0

19. **Other payments you make to support others who do not live with you.**
Specify:_____          19.   $ 0

20. **Other property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

   20a.   Mortgages on other property          20a.   $ 

   20b.   Real estate taxes          20b.   $ 

   20c.   Property, homeowner's, or renter's insurance          20c.   $ 254

   20d.   Maintenance, repair, and upkeep expenses          20d.   $ 100

   20e.   Homeowner's association or condominium dues          20e.   $ 0

Debtor 1   William David Peters III
_____  First Name   Middle Name   Last Name                Case number (if known)   18-50125

21.  **Other.** Specify: Persona Loan - Mike Gagliardi                    21.   +$   505   _____

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                              22a.  $   8984   _____

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.  $   0   _____

22c. Add line 22a and 22b. The result is your monthly expenses.          22c.  $   8984   _____

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.     23a.  $   11,405   _____

23b. Copy your monthly expenses from line 22c above.                     23b.  –$   8,984   _____

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income*.                            23c.  $   2,421   _____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.

     ☒ Yes.   Explain here:  A) Lower mortgage cost due to modification
                             B) Elimination of Personal Loan.